

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00145-CV

———————————————

MOHAMMED SADIQ ALI, Appellant

V.

AWON FRISCO, LLC, Appellee

On Appeal from the 467th District Court
Denton County, Texas
Trial Court No. 23-1561-467

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

On May 4, 2023, and May 22, 2023, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee. *See* Tex. R. App. P. 42.3(c), 44.3. Appellant has not done so.[1] *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: June 15, 2023

---

[1]In our letters, we also notified appellant that a docketing statement had not been filed and directed appellant to file a docketing statement. *See* Tex. R. App. P. 32.1. Appellant has not filed a docketing statement.

[2]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).